# UNITED STATES DISTRICT COURT
# OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS/ST.JOHN

**MICHAEL BOOK, Individually and on behalf of all others similary situated,**

    **Plaintiff,**                                             Case No. 3:21-cv-00080

v.

**SCHEAR CONSTRUCTION, LLC, a Florida Limited Liability Company**,

    **Defendants.**
_____/

## NOTICE OF FILING WAIVER OF SERVICE

Plaintiff, MICHAEL BOOK, gives notice of filing the attached Waiver of Service attached hereto as Exhibit A.

DATED: January 31, 2022.            Respectfully submitted,

                                                   **s/ ANDREW R. FRISCH**
                                                 ANDREW R. FRISCH
                                                 MORGAN & MORGAN, P.A.
                                                 8151 Peters Road., 4th Floor
                                                 Plantation, Florida 33324
                                                 Telephone: (954) WORKERS
                                                 Facsimile: (954) 327-3013
                                                 E-mail: AFrisch@forthepeople.com

                                                 *Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31ST day of September 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

*/s/ ANDREW R. FRISCH*
Andrew R. Frisch
