## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION ST. THOMAS/ST. JOHN

| | |
|---|---|
| MICHAEL BOOK, individually and on behalf of all others similarly situated, | ) ) ) CASE NO. 3:21-CV-00080 |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| SCHEAR CONSTRUCTION, LLC, a Florida Limited Liability Company, | ) ) ) |
| Defendants. | ) ) |

### NOTICE TO THE COURT

**PLEASE TAKE NOTICE** that the above-named parties have reached an agreement to settle the above-captioned case. Plaintiff requests that the Court strike the Status Hearing scheduled for tomorrow, June 28, 2022, and Plaintiff's counsel will submit the appropriate Stipulation to Dismiss and Proposed Dismissal Order.

**DATED:** June 27, 2022                                   **RESPECTFULLY SUBMITTED**,

/s/ Nathan J. Mirocha of MirochaLaw LLC
Attorney for Plaintiff
1138 King Street, Suite 108
Christiansted, VI  00820
Tel. (340) 715-7790
Fax (877) 218-6980
nate@mirochalawvi.com